FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 7 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 23-269 KWR |
| Plaintiff, ) | |
| ) | Count 1: 18 U.S.C. §§ 922(a)(6) and 924: |
| vs. ) | False and Fictitious Statements to a |
| ) | Federally Licensed Firearm Dealer. |
| **LEROY SEGURA ROMERO,** ) | |
| ) | |
| Defendant. ) | |

# INDICTMENT

The Grand Jury charges:

## Count 1

On or about May 25, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **LEROY SEGURA ROMERO**, in connection with the acquisition of a firearm, that is, an Ohio Ordnance Works, Inc. M240-SLR 7.62x51 Rifle, bearing serial number 240732, from the BMC Tactical Store in Albuquerque, New Mexico, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to BMC Tactical, which was intended and likely to deceive BMC Tactical as to a fact material to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, in that the defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that that **LEROY SEGURA ROMERO** provided an address wherein he did not live.

In violation of 18 U.S.C. §§ 922(a)(6) and 924.

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 922(a)(6), the defendants, **LEROY SEGURA ROMERO**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

a. an Ohio Ordnance Works, Inc. M240-SLR 7.62x51 Rifle, bearing serial number 240732.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney